FEIBER REALTY CORPORATION and ELSA RAYNER SELIG, as Executrix, etc., of ARTHUR L. SELIG, Deceased, Respondents, v. EDWARD C. ABEL, Appellant, and Others, Defendants. (Action No. 1.) — Order vacating order of Wenzel, J., dated January 8, 1934, and directing reinstatement of the deficiency judgment, reversed on the law, with ten dollars costs and disbursements, and motion denied. The order of Wenzel, J., was in effect a duplication of the previous order of MacCrate, J., and was a nullity. Therefore, the order appealed from, vacating the said order of Wenzel, J., was unnecessary, and the reinstatement of the deficiency judgment was unauthorized. The Court of Appeals (265 N. Y. 94) had already modified the order of MacCrate, J., and the order of this court, by granting plaintiffs' motion to confirm the deficiency judgment, and nothing further is necessary or proper. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur. [See 240 App. Div. 985; 241 id. 603.]

SIDNEY FRANK, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Judgment for plaintiff in an action to recover for personal injuries due to the collision of a trolley car and an automobile operated by the plaintiff unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

ADELAIDE GARLASCO, Respondent, v. FRANCESCO GARLASCO, Appellant.— Order granting plaintiff alimony and counsel fee *pendente lite* in an action for divorce and order granting reargument and on reargument denying defendant's motion to modify said order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

THE GREEN POINT SAVINGS BANK, Respondent, v. DORA SKOLNICK, Appellant, and Others, Defendants.— Order striking out answer of defendant Skolnick and granting summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.